MICHAEL H. SHEA, as Administrator of MARGARET BIRMING-HAM, Deceased, Appellant, *v.* GREAT CAMP OF THE KNIGHTS OF THE MACCABEES FOR NEW YORK, Respondent.

*Shea* v. *Great Camp Knights of the Maccabees,* 50 App. Div. 622, affirmed.

(Argued January 29, 1902; decided February 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department entered April 7, 1900, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*Frederick A. Mann* for appellant.

*James L. Quackenbush* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN and CULLEN, JJ. Not sitting: WERNER, J.

---

GUSTAV R. FRIES, Respondent, *v.* THE NEW YORK AND HAR-LEM RAILROAD COMPANY et al., Appellants.

(Submitted February 10, 1902; decided February 18, 1902.)

Motion for reargument denied, with ten dollars costs. BARTLETT and VANN, JJ., dissenting. (See 169 N. Y. 270.)

---

THE CITY OF SYRACUSE, Respondent, *v.* RICHARD M. STACEY et al., Appellants.

(Submitted February 10, 1902; decided February 18, 1902.)

Motion for reargument denied, with ten dollars costs. (See 169 N. Y. 231.)